*Husband and wife — divorce — right to order framing issues for jury.*

Appeal by the defendant from an order entered in the office of the clerk of the county of Kings on the 19th day of September, 1907.

RICH, J.: This is an appeal from an order denying defendant's motion for an order framing issues to be tried by a jury in an action brought for a divorce on the ground of adultery. The defendant has answered, denying the allegation of adultery, and was entitled to the order. (Code Civ. Proc. § 1757, subd. 1.) The order of the Special Term must, therefore, be reversed and the motion granted: Woodward, Jenks, Hooker and Miller, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

Amalia Addunisio, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Zussman Alpert, Respondent, v. Alfred M. Rau, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Gustave Bopp, Respondent, v. Charles Keiper, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

William Bryan, Respondent, v. Samuel Weiss, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Timothy Callahan, Respondent, v. John Isbister, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.